# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-3069** **September Term, 2024**

**1:95-cr-00218-PLF-1**

**Filed On: July 7, 2025** **[2124085]**

United States of America,

Appellee

v.

Floyd L. Smith,

Appellant

**O R D E R**

Upon consideration of the notice of appeal, and it appearing that the district court has neither granted nor denied a certificate of appealability, it is, on the court's own motion,

**ORDERED** that the determination whether a certificate of appealability is warranted in this case be referred to the district court for resolution in the first instance. See Mitchell v. Reno, 216 F.3d 1126 (D.C. Cir. 2000); Fed. R. App. P. 22(b)(1). It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly upon its issuance of either a certificate of appealability or statement why a certificate should not issue.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Emily K. Campbell
Deputy Clerk